UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L. FRAZIER,<br><br>                    Plaintiff,<br><br>       v.<br><br>JANAM, et al.,<br><br>                    Defendants. | No.  2:20-cv-0978 DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants retaliated against him in violation of his rights under the First Amendment. On December 1, 2020, this action was referred to the Post-Screening ADR Project and stayed for 120 days. (ECF No. 19.) On March 8, 2021, 2021, a settlement conference was held in this action. (ECF No. 23.) The case did not settle; however, the parties agreed to participate in a further settlement conference. The further settlement conference has now been vacated. (ECF No. 25.) Therefore, the court will lift the temporary stay and direct defendants to file a responsive pleading.

////

////

////

////

1

IT IS HEREBY ORDERED that:

1. The stay in this action is lifted; and
2. Within thirty days of the date of this order defendant shall file and serve a responsive pleading.

Dated: March 29, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DB/prisoner-civil rights/fraz0978.post.ADR

2