UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L. FRAZIER,<br><br>                Plaintiff,<br><br>        v.<br><br>JANAM, et al.,<br><br>                Defendants. | No. 2:20-cv-0978 KJM DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. By order dated August 20, 2021, the undersigned issued set this action for settlement conference and modified the discovery and scheduling order as requested in defendants' response (ECF No. 31) to plaintiff's request for a settlement conference. (ECF No. 33.) On the same day, defendants moved to modify the discovery and scheduling order. (ECF No. 32.) In light of their request, the undersigned issues the instant order granting the motion and amending the discovery and dispositive motion deadlines.

////

////

////

////

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order (ECF No. 32) is granted;

2. The parties may conduct discovery and file any motions to compel no later than December 2, 2021;

3. The dispositive motion deadline is continued until February 28, 2022; and

4. In all other respects, the court's June 21, 2021 Discovery and Scheduling Order remains the same.

Dated: September 10, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DB/DB Prisoner Inbox/Civil Rights/R/fraz0978.med.amd